1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11

12

13

14

15

16

PATRICIA PEASE,

                     Plaintiff,

      v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                Defendant.

CASE NO.     C08-5034KLS

ORDER GRANTING
PLAINTIFF'S APPLICATION TO
PROCEED *IN FORMA PAUPERIS*

17

18

     Plaintiff's application to proceed *in forma pauperis* (Dkt. #1) is **GRANTED**.  Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

19

20

     The clerk is directed to send copies of this Order to counsel of record and to issue the Summonses.

     DATED this 11th day of February, 2008.

21

22

23

24

25

Karen L. Strombom
United States Magistrate Judge

26

27

28

ORDER
Page - 1